App. Div.]        Second Department, June, 1907.

In the Matter of the Estate of Huldah Lesser, Deceased.— Order resettled so as to provide that the costs be paid by the respondent as administrator. Present —Hirschberg, P. J., Woodward, Hooker, Gaynor and Rich, JJ.

In the Matter of the Application of Emile Newman for Admission to the Bar. —Application granted. Present— Jenks, Hooker, Gaynor, Rich and Miller, JJ.

In the Matter of the Application of George C. O'Brien for Admission to the Bar. —Application granted. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Abraham Kampf, Appellant, v. Annie Mary Dreyer and Others, Respondents. —Motion for reargument denied, with costs. Present — Hirschberg, P. J., Hooker, Gaynor and Miller, JJ. (See 119 App. Div. 134.)

Joseph Kaplan, Appellant, v. Morris Bergmann and Another, Respondents. —Motion to dismiss appeal denied, with costs. Present —Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

Frank Krevoruck, Respondent, v. McLaughlin Real Estate Company, Appellant.— Motion to dismiss appeal granted, with costs, unless appeal is perfected within twenty days, and cause will be placed at the foot of June calendar. On compliance, motion denied, without costs. Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

Landsberg & Company, Respondent, v. Harry Schlossberg, Appellant.— Motion to dismiss appeal granted, with costs. Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

Nochem Lischinsky, Appellant, v. Charles A. Doelger and Others, Respondents.— Order dismissing appeal vacated on condition that a proper return is filed and the case placed on the next calendar of this court. Present — Hirschberg, P. J., Woodward, Hooker, Gaynor and Rich, JJ.

Florence E. Mayer, Respondent, v. Marian Davis and Others, Respondents, and Charles R. Davis, Appellant.— Motion to resettle order granted, and order signed. Present — Hirschberg, P. J., Woodward, Hooker, Gaynor and Rich, JJ.

Thomas P. McCarthy, Respondent, v. Adam Danner, Appellant. — Motion for reargument denied, with costs. Hirschberg, P. J., Hooker, Gaynor and Rich, JJ., concurred; Woodward, J., dissented.

Julia Mettler and Emilie Mettler, Respondents, v. Frederick W. Wunderlich, Appellant.— Motion for reargument denied, with costs. Present —Hirschberg, P. J., Woodward, Hooker, Gaynor and Rich, JJ. (See ante, p. 888.)

Simon H. Miskend, Respondent, v. Daniel W. Hyman, Appellant.— Motion to dismiss appeal granted, with costs. Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

Simon H. Miskend, Respondent, v. Ellis Hyman, Appellant.— Motion to dismiss appeal granted, with costs. Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

Mary E. Mullin, Individually, etc., and Mollie Oldner, Respondents, v. Bridget Mullin and Another, Appellants.— Motion to resettle order granted, without costs. Present — Hirschberg, P. J., Woodward, Hooker, Gaynor and Rich, JJ.

Sarah E. Nickerson, as Administratrix de Bonis Non of Charles Hickcy, Deceased, Respondent, v. Interborough Rapid Transit Company, Appellant.— Motion denied. Present— Jenks, Hooker, Gaynor, Rich and Miller, JJ,